UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------x

BackGrid London Ltd.,

               Plaintiff(s),

      -against-

Kim Shui LLC,

               Defendant(s).

--------------------------------x

25 cv 6748 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

      Counsel shall confer and inform Judge Preska by letter no later than April 3, 2026 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: March 26, 2026

New York, New York