UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BackGrid London Ltd.<br><br>Plaintiff,<br><br>-against-<br><br>Kim Shit LLC<br><br>Defendant. | 25-CV-6748<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

By November 9, 2026, Plaintiff shall either move for default judgment or provide a satisfactory status update to the Court.

If Plaintiff moves for default judgment, Plaintiff is reminded to provide a proposed Order to Show Cause.

**SO ORDERED.**

Dated: New York, New York
November 4, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge